# United States Court of Appeals
### For the Eighth Circuit

_____

No. 12-2922
_____

Brandon T. Sheets

*Plaintiff - Appellant*

v.

Clayton Edwards, Captain, White County Detention Center; Jeff Hacker, Corporal,
White County Detention Center; Sanchez, Dr., White County Detention Center;
Advanced Medical

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: March 14, 2013
Filed: March 19, 2013
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Former inmate Brandon T. Sheets appeals from the judgment of the District Court[1] granting summary judgment to the defendants in his 42 U.S.C. § 1983 action. Upon de novo review of the record, see Carpenter v. Gage, 686 F.3d 644, 648 (8th Cir. 2012), cert. denied, 133 S. Ct. 955 (2013) (standard of review), and careful consideration of the issues Sheets identifies on appeal, we find no basis for reversal. The judgment of the District Court is affirmed.

_____

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.